DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUO XING WANG,<br><br>Defendant. | CRIMINAL CASE NO. 00-00115-004<br><br>**RECEIPT OF EXHIBITS** |

    I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[X] Government's      [ ] Defendant's      [ ] Joint

**EXHIBIT NO.**      **DESCRIPTION**

See attached Government's Amended Exhibit List

_J. Emm_
Signature

Jackie Emmanuel
Name

5/23/08
Date

U.S. Attorney's Office
Office/Firm Receiving Exhibits



gwangexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 502-A, Pacific News Building
238 Archbishop Flores Street
Agana, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP 25 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00115 |
| ) | |
| Plaintiff, ) | GOVERNMENT'S AMENDED |
| ) | EXHIBIT LIST |
| vs. ) | |
| ) | |
| GUO XIANG WANG, ) | |
| ) | |
| Defendants ) | |

COMES NOW the United States and hereby files with the Court an Amended Exhibit List with the following supplemental exhibit 37, to be introduced in its case-in-chief.

RESPECTFULLY SUBMITTED this 25th day of September, 2003.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

BY: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photo of Jiang's house/duplex; | 9-25-03 | 9-25-03 |
| 2) | Side photo of house/duplex; | 9-25-03 | 9-25-03 |
| 3) | Cars Unlimited rented van; | 9-25-03 | 9-25-03 |
| 4) | East-West Rental rented van; | 9-25-03 | 9-25-03 |
| 5) | Road to Eduardo Pangelinan's house; | 9-25-03 | 9-25-03 |
| 6) | Chen's white Mitsubishi; photo | 9-25-03 | 9-25-03 |
| 7) | Jiang's vehicle; photo | 9-25-03 | 9-25-03 |
| 8) | Jiang's pickup; photo | 9-25-03 | 9-25-03 |
| 9) | Surveillance of Jiang's residence September 13, 1998; photo | 9-25-03 | 9-25-03 |
| 10) | Jiang's truck on September 13, 1998; photo | 9-25-03 | 9-25-03 |
| 11) | Mangilao Golf Course; photo | 9-25-03 | 9-25-03 |
| 12) | Road to 500 Steps park; photo | 9-25-03 | 9-25-03 |
| 13) | 500 Steps parking lot; photo | 9-25-03 | 9-25-03 |
| 14) | 500 Steps; photo | 9-25-03 | 9-25-03 |
| 15) | 500 Steps coastline; photo | 9-25-03 | 9-25-03 |
| 16) | Small boat used to ferry aliens to shore; | 9-25-03 | 9-25-03 |
| 17) | Driveway to safe house in Dededo; photo | 9-25-03 | 9-25-03 |
| 18) | Safe house; | 9-25-03 | 9-25-03 |
| 19) | Photo of smuggling vessel; | 9-25-03 | 9-25-03 |
| 20) | Photo of aliens aboard; | 9-25-03 | 9-25-03 |
| 21) | Photo of aliens in safe house; | 9-25-03 | 9-25-03 |
| 22) | Diagram of 500 Steps Park area; | 9-25-03 | 9-25-03 |
| 23) | Defendant's wallet, found in vehicle by safe house in Dededo; | 9-29-03 | 9-29-03 * |
| 24) | Defendant's drivers license in wallet; | 9-25-03 | 9-29-03 |
| 25) | List of aliens from the Two Lovers Point smuggling operation, found in defendant's wallet; (2 pgs - English translation on 2nd/back pg) | 10-2-03 | 10-02-03 |
| 26) | Receipt for $300 from defendant to unknown person concerning Qi Hua WANG, one of the individuals smuggled into Guam by the Two Lovers Point operation; | | 9-29-03 |

9-29-03 * Contents in wallet: $1.00 x 6 = $6.00
4:10 pm counted by Judge - witness - Judith...

| | | Date Identified | Date Admitted |
|---|---|---|---|
| 27) | Receipt found in defendant's wallet; # 8694 | 9-25-03 | 10-2-03 |
| 28) | Receipt found in defendant's wallet; # 6728 | 9-25-03 | 10-2-03 |
| 29) | Receipt found in defendant's wallet; # 8614 | 9-25-03 | 10-2-03 |
| 30) | Receipt found in defendant's wallet; # 8639 | 9-25-03 | 10-02-03 |
| 31) | Receipt found in defendant's wallet; # 7850 | 9-25-03 | 10-2-03 |
| 32) | Receipt found in defendant's wallet; # 6571 | 9-25-03 | 10-2-03 |
| 33) | Receipt found in defendant's wallet; # 7861 | 10-2-03 | 10-2-03 |
| 34) | Receipt found in defendant's wallet; # 6574 | 10-2-03 | 10-2-03 |
| 35) | List of telephone numbers found in defendant's wallet; | 10-2-03 | 10-2-03 |
| 36) | Diagram of Dededo area where safe house was located. | 9-25-03 | 9-25-03 |
| 37) | Schematic diagram of car. | | |
| 38) | List of phone calls made, highlighted number is to Post #6, at the Department of Corrections, gov't of Guam | 9-29-03 | 9-29-03 |